UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23878-CIV-ROSENBAUM/SELTZER

UNITED NATIONAL INSURANCE
COMPANY,

    Plaintiff,

v.

DELIVERY SERVICES OF MIAMI DADE,
INC., *et al.*,

    Defendants.
_____/

## ORDER

This matter is before the Court on Plaintiff's Unopposed Motion for Leave to Attend Mediation via Telephone [D.E. 118]. The parties are scheduled to participate in mediation on October 30, 2012. D.E. 90. Due to Hurricane Sandy, Plaintiff's representative is unable to travel from Pennsylvania to Florida and seeks leave to appear at mediation by telephone. Plaintiff's counsel can attend the mediation in person. Upon consideration, the Court finds good cause to allow Plaintiff's representative to attend the mediation conference via telephone. Accordingly, it is

**ORDERED and ADJUDGED** that Plaintiff's Unopposed Motion for Leave to Attend Mediation via Telephone [D.E. 118] is **GRANTED**. Plaintiff's representative is permitted to attend mediation via telephone. All other required parties are still required to appear in person.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 29th day of October 2012.

                                                                             ROBIN S. ROSENBAUM
                                                                             UNITED STATES DISTRICT JUDGE

Copies to:

Mediator
Counsel of record